1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| CHIZOMA NJOKU,                )<br>                               )<br>      Plaintiff,              )<br>                               )<br>      v.                       )<br>                               )<br>MICHAEL J. ASTRUE,             )<br>Acting Commissioner of         )<br>Social Security,               )<br>                               )<br>      Defendant.               )<br>_____) | CIVIL NO. 1:07-CV-01694-AWI-DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's confidential letter brief, up to and including August 7, 2008. Upon reviewing Plaintiff's letter, Defendant agrees that voluntary remand should be sought and needs additional time for consultation with the Appeals Council.

///
///
///
///
///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated July 8, 2008,

*/s/Stuart Barasch*
_____
Stuart Barasch
(as authorized via email July 8, 2008)
Attorney at Law

Attorney for Plaintiff

Dated July 8, 2008,

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:** **July 10, 2008**        **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE