McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| CHIZOMA NJOKU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:07-CV-01694-DLB <br><br> STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that, as Plaintiff's assignee, counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO-THOUSAND, FORTY-SIX DOLLARS AND NINETEEN CENTS ($2,046.19), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of TWO-THOUSAND, FORTY-SIX DOLLARS AND NINETEEN CENTS ($2,046.19) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).  Any payment shall be made payable to Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future

request for fees under the Social Security Act, 42 U.S.C. § 406(b).  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

                                  Respectfully submitted,

Dated: September 9, 2008          /s/ *Stuart Barasch*
                                  (As authorized via email)
                                  STUART BARASCH
                                  Attorney for Plaintiff

Dated: September 9, 2008          McGREGOR W. SCOTT
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  /s/ *Elizabeth Firer*
                                  ELIZABETH FIRER
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

        IT IS SO ORDERED.

        **Dated:**  **September 11, 2008**              **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE